August 10. 2009

To: Whom It May Concern

From: Rachelle and Ernest DuPont

Re: Utilities- Talquin vs Dupont-Adversary case #09-04020

In addressing the complaint filed by Talquin our response to paragraph 5 is as follows: We, Ernest and Rachelle DuPont read our meter monthly to the best of our ability and under no circumstances was there any intent to under-read or defraud Talquin Electric Cooperative, Inc.

A copy of the Rules and Regulations, Exhibit "B" has never been provided to my husband or me; therefore, if these are the guidelines that a customer should follow then we should have been given an opportunity. At the time when we signed up for Talquin services, there was no on-line access, so we could not view Exhibit "B."

Only after calling Talquin in reference to our February 09 billing statement, was I told by the Manager at the Lake Jackson location, that during a "*routine*" survey there was a discrepancy in the meter usage reported. Most months, the meter was read by us and reported as such, as I stated before I did "guesstimate"in many situations, which I see now was not the right thing to do, in rushing to get to work but not to defraud. In past situations reading meters was never our responsibility, we depended on cities where we lived to always read the meter. So this was new to us and was probably taken more lightly than intended. It was my understanding that during the "routine" readings, if we had been under reporting, that the Talquin meter-readers would have notified us, or we would have seen an adjustment on the next billing statement or at least one month afterwards and not wait five years cumulative. Since I did not hear from Talquin, I thought I was doing a reasonable job of reading the meter, since my subsequent billing statement never reflected any underreporting or adjustments. I do recall seeing meter readers on our property re-reading meters, so why did it take 5 years to notify us of the alleged discrepancy? We were unaware that the meter readers were not doing readings as frequent as before until I spoke to the Lake Jackson office in February. And it was at that time were notified in writing of a routine survey. There is nothing routine about a survey being done every five years.

**Routine means: "of a commonplace or repetitious character.**

My husband and I are willing to enter into a reasonable agreement with Talquin since we have filed for the bankruptcy. We are asking that the court and Talquin allow and accept the payments from the bankruptcy and once we have finished paying that, enter into a new agreement to pay Talquin directly at a reasonable sum based on the balance due, until paid in full. Thank you for allowing us to respond..

FILED
2009 AUG 11
CLERK
BANKRUPTCY
NORTHERN DIST